UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL AMEZCUA-GARCIA,

        Plaintiff,                    No. C 12-4837 PJH (PR)

  v.                              **ORDER OF TRANSFER**

NORTH KERN STATE PRISON, et al.,

        Defendants.

           This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at North Kern State Prison, which is in the venue of the United States District Court for the Eastern District of California. The only named defendants are North Kern State Prison and California Prison Health Care Services, both of which are also in the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

           This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: November 16, 2012.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\CR.12\Amezcua-Garcia4837.trn.wpd